UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YS BUILT, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>YA HSING CHIANG ("CINDY") HUANG, "GEORGE" HUANG, and their marital community,<br><br>                Defendants. | Case No. 2:15-cv-01411-BJR<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR ORDER DIRECTING IRONSHORE INDEMNITY, INC. TO DEPOSIT SUPERSEDEAS BOND AMOUNT INTO THE COURT REGISTRY |

**ORDER**

This matter having come before the Court on Defendants' motion for an order directing Ironshore Indemnity, Inc. to deposit the amount of its supersedeas bond, Bond No. SUR40014679, into the registry of the Court and no opposition to the motion having been filed,

The Court, having determined that its judgment in the amount of $57,008.97 in favor of Defendants was affirmed on appeal, it is:

ORDER - 1

LINVILLE LAW FIRM PLLC
800 FIFTH AVENUE • SUITE 3850
SEATTLE, WASHINGTON 98104
(206) 515-0640 • FAX (206) 515-0646

ORDERED, ADJUDGED AND DECREED that Ironshore Indemnity, Inc. shall deposit the full amount of the Bond No. SUR40014679[1] with the Clerk within 10 days.

DATED this 19th day of June, 2019.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

---

[1] The Court notes that the Bond contains a typographical error in which it indicates that judgement was entered in favor of Plaintiffs. This is incorrect. Judgment and an award of attorneys' fees in the amount of $57,008.97 was awarded by this Court to Defendants. *See* Dkt. Nos. 76 and 89.

LINVILLE LAW FIRM PLLC
800 FIFTH AVENUE • SUITE 3850
SEATTLE, WASHINGTON 98104
(206) 515-0640 • FAX (206) 515-0646