UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YS BUILT, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>YA HSING CHIANG ("CINDY") HUANG, "GEORGE" HUANG, and their marital community,<br><br>      Defendants. | Case No. 2:15-cv-01411-BJR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISBURSE FUNDS FROM THE COURT REGISTRY |

**ORDER**

This matter having come before the Court on Defendants' unopposed motion for an order directing the Clerk to disburse the funds currently held in the registry of the Court. The Court, having determined that its judgment in the amount of $57,008.97 in favor of Defendants was affirmed on appeal and that the supersedeas funds in amount of $57,008.97 were deposited with the Clerk of this Court, it is:

ORDERED, ADJUDGED AND DECREED that the Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of $57,008.97 plus all accrued interest, minus any statutory users fees, payable to "Linville Law Firm, PLLC" and mail or deliver the check to:

Linville Law Firm, PLLC
800 5th Ave, Ste 3850
Seattle, WA 98104

DATED this 15th day of August 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge